IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **LINC USA GP,** *et al.* [1] | ) | Case No. 16-32689 (DRJ) |
| | ) | |
| **Debtors.** | ) | (Joint Administration Requested) |

## WITNESS AND EXHIBIT LIST FOR
## MAY 31, 2016 HEARING ON FIRST DAY MOTIONS

Linc USA GP, *et al*, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby file their witness and exhibit list for the hearing on the First Day Motions on May 31, 2016 at 3:30 p.m. (CT) ("Witness and Exhibit List") as follows:

### WITNESSES

- Jude Rolfes
- Sunny Cheung
- Any witness called by another party

The Debtors reserve the right to call rebuttal witnesses as necessary. The Debtors reserve the right to call any witness identified or called by another party or by the Court. The Debtors reserve the right to not call any witness identified herein. The Debtors reserve the right to supplement this witness list.

---

[1] The Debtors in these chapter cases, along with the last four digits of each Debtor's federal tax identification number, are: Linc Energy Finance (USA), Inc. (6684); Linc USA GP (5234); Linc Energy Resources, Inc. (9613); Linc Gulf Coast Petroleum, Inc. (6790); Linc Energy Petroleum (Louisiana), LLC (1074); Linc Alaska Resources, LLC (2362); Paen Insula Holdings, LLC (1681); Linc Energy Petroleum (Wyoming), Inc. (9859); Diasu Holdings, LLC (9626); Diasu Oil & Gas Company, Inc. (8926); and Linc Energy Operations, Inc. (5806).

#5207660.3

**EXHIBITS**

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 1 | Notice of Hearing on First Day Motions [Dkt. No. 13] | | | |
| 2 | Declaration of Jude Rolfes, Vice President – Corporate Development, in Support of Chapter 11 Petitions and First Day Pleadings [Dkt. No. 14] | | | |
| 3 | Debtors' Utility Service Providers List [Dkt. No. 5-1] | | | |
| 4 | List of Taxing Authorities [Dkt. No. 6-1] | | | |
| 5 | Debtors' Bank Accounts [Dkt. No. 9-1] | | | |
| 6 | Declaration of Evan Gershbein in Support of Debtors' Application for Appointment Kurtzman Carson Consultants LLC as Claims and Noticing Agent [Dkt. No. 10-1] | | | |
| 7 | KCC Services Agreement [Dkt. No. 10-2] | | | |
| 8 | Declaration of Sunny Cheung in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. § 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Dkt. No. 11-3] | | | |
| 9 | Debtor In Possession Budget [Dkt. No. 11-2] | | | |

| Ex. No. | Description | Offered | Objection | Admitted/ Not Admitted |
|---|---|---|---|---|
| 10 | Proposed Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. § 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Dkt. No. 11-4] | | | |
| 11 | Superpriority Debtor in Possession Credit and Guaranty Agreement [Dkt. No. 11-1] | | | |
| 12 | Certificate of Service of First Day Motions [Dkt. No. 16] | | | |

The Debtors reserve the right to utilize additional rebuttal exhibits as necessary. The Debtors reserve the right to supplement this Exhibit List. The Debtors reserve the right to use as its own exhibit any exhibit identified or offered by any other party.

[*Remainder of Page Intentionally Left Blank*]

-4-

Respectfully Submitted,

**BRACEWELL LLP**

By: */s/ Jason G. Cohen*
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bracewelllaw.com
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bracewelllaw.com
Chelsea R. Dal Corso
Texas Bar No. 24092316
Chelsea.DalCorso@bracewelllaw.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**PROPOSED COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**