IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

ENTERED
05/31/2016

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LINC USA GP, *et al.* [1] | ) | Case No. 16-32689 (DRJ) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |

## ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

(Docket No. 2)

Upon the motion (the "Motion")[2] of the above captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") pursuant to §§ 101(2) and 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b), directing joint administration of the Debtors' related Chapter 11 Cases, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon consideration of the First Day Declaration, the record of the Hearing and all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections

---

[1] The Debtors in these chapter cases, along with the last four digits of each Debtor's federal tax identification number, are: Linc Energy Finance (USA), Inc. (6684); Linc USA GP (5234); Linc Energy Resources, Inc. (9613); Linc Gulf Coast Petroleum, Inc. (6790); Linc Energy Petroleum (Louisiana), LLC (1074); Linc Alaska Resources, LLC (2362); Paen Insula Holdings, LLC (1681); Linc Energy Petroleum (Wyoming), Inc. (9859); Diasu Holdings, LLC (9626); Diasu Oil & Gas Company, Inc. (8926); and Linc Energy Operations, Inc. (5806).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth herein.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 16-32689, the case number for Linc USA GP.

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| **In re:** | ) | **Chapter 11** |
|---|---|---|
| | ) | |
| **LINC USA GP, *et al.*** [1] | ) | **Case No. 16-32689 (DRJ)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |

[1] The Debtors in these chapter cases, along with the last four digits of each Debtor's federal tax identification number, are: Linc Energy Finance (USA), Inc. (6684); Linc USA GP (5234); Linc Energy Resources, Inc. (9613); Linc Gulf Coast Petroleum, Inc. (6790); Linc Energy Petroleum (Louisiana), LLC (1074); Linc Alaska Resources, LLC (2362); Paen Insula Holdings, LLC (1681); Linc Energy Petroleum (Wyoming), Inc. (9859); Diasu Holdings, LLC (9626); Diasu Oil & Gas Company, Inc. (8926); and Linc Energy Operations, Inc. (5806).

4. An entry shall be on the docket of Linc Energy Finance (USA), Inc., Linc USA GP, Linc Energy Resources, Inc., Linc Gulf Coast Petroleum, Inc., Linc Energy Petroleum (Louisiana), LLC, Linc Alaska Resources, LLC, Paen Insula Holdings, LLC, Linc Energy Petroleum (Wyoming), Inc., Diasu Holdings, LLC, Diasu Oil & Gas Company, Inc., and Linc Energy Operations, Inc. to reflect joint administration of the chapter 11 cases substantially similar to the following:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Linc Energy Finance (USA), Inc., Linc USA GP, Linc Energy Resources, Inc., Linc Gulf Coast Petroleum, Inc., Linc Energy Petroleum (Louisiana), LLC, Linc Alaska Resources, LLC, Paen Insula Holdings, LLC, Linc Energy Petroleum (Wyoming), Inc., Diasu Holdings,

LLC, Diasu Oil & Gas Company, Inc., and Linc Energy Operations, Inc. The docket in Case No. 16-32689 should be consulted for all matters affecting this case.

5. The Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep one consolidated docket, one file, and one consolidated service list.

6. Notwithstanding any relief granted in this Order, the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall maintain a separate claims register for each of these Chapter 11 Cases.

7. Notwithstanding any relief granted in this Order, each of the Debtors will separately file monthly operating reports with the Office of the United States Trustee for the Southern District of Texas, unless otherwise agreed by the United States Trustee.

8. Notwithstanding any relief granted in this Order, each of the Debtors will separately file schedules of assets and liabilities and statements of financial affairs.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Chapter 11 Cases.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

12. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**Signed: May 30, 2016.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**