**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **LINC USA GP, *et al.*** [1] | ) | **Case No. 16-32689 (DRJ)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

**SUPPLEMENTAL NOTICE OF FILING OF ASSET
<u>PURCHASE AGREEMENT FOR SALE OF WYOMING ASSETS</u>**

**PLEASE TAKE FURTHER NOTICE** that on August 30, 2016, the Debtors filed the

*Notice of Filing of Asset Purchase Agreement for Sale of Wyoming Assets*, which contained the

execution version of the *Asset Purchase Agreement, Dated as of August 29, 2016, by and among*

*Linc Energy Operations, Inc., ad Linc Energy Petroleum (Wyoming), Inc., as Sellers, and Big*

*Muddy Opportunities, LLC, as Buyer* (the "<u>Asset Purchase Agreement</u>"), as an attachment

thereto.  The Asset Purchase Agreement provided that the exhibits, schedules and disclosure

schedules thereto were "to come." [Dkt. No. 330].

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby supplement that filing

with **<u>Exhibit A</u>**, which includes the Asset Purchase Agreement with applicable exhibits,

schedules, and disclosure schedules thereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, a

hearing will be held before the Honorable David R. Jones of the United States Bankruptcy Court

for the Southern District of Texas on August 31, 2016, at 2:00 p.m. (CT), at which the Debtors

will seek entry of an order approving and authorizing, among other things, the sale of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, are: Linc Energy Finance (USA), Inc. (6684); Linc USA GP (5234); Linc Energy Resources, Inc. (9613); Linc Gulf Coast Petroleum, Inc. (6790); Linc Energy Petroleum (Louisiana), LLC (1074); Linc Alaska Resources, LLC (2362); Paen Insula Holdings, LLC (1681); Linc Energy Petroleum (Wyoming), Inc. (9859); Diasu Holdings, LLC (9626); Diasu Oil & Gas Company, Inc. (8926); and Linc Energy Operations, Inc. (5806).

Wyoming Assets to the Successful Bidder in accordance with the terms of the Asset Purchase

Agreement between the Debtors and the Successful Bidder.

Respectfully Submitted,

**BRACEWELL LLP**

By: */s/ Jason G. Cohen*
       Jason G. Cohen
       Texas Bar No. 24050435
       Jason.Cohen@bracewelllaw.com
       William A. (Trey) Wood III
       Texas Bar No. 21916050
       Trey.Wood@bracewelllaw.com
       711 Louisiana, Suite 2300
       Houston, Texas 77002
       Telephone: (713) 223-2300
       Facsimile: (713) 221-1212

**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

#5298057