# Exhibit B

# Liquidation Analysis

|  | Notes | Net Book Value | As of January 31, 2017 | | | |
|---|---|---|---|---|---|---|
|  |  |  | Percentage Recovery | | Estimated Recovery | |
|  |  |  | Low Case | High Case | Low Case | High Case |
| **Cash and Bonding** | | | | | | |
| Cash and cash equivalents | 1 | 7.50 | 100% | 100% | 7.50 | 7.50 |
| Cash Collateral Held by Sureties | 2 | 10.00 | 80% | 100% | 8.00 | 10.00 |
| **Total Cash and Bonding** | | 17.50 | | | 15.50 | 17.50 |
| **Properties** | | | | | | |
| Gulf Coast Properties | 3 | 125.46 | 27% | 27% | 34.30 | 34.30 |
| Wyoming Properties | 4 | 17.57 | 8% | 8% | 1.41 | 1.41 |
| Alaska Properties | 5 | 121.11 | 66% | 66% | 80.00 | 80.00 |
| **Total Properties** | | 264.14 | | | 115.70 | 115.70 |
| **Equipment and Other Assets** | | | | | | |
| Buffalo Rig | 6 | 1.87 | 6% | 16% | 0.10 | 0.30 |
| Misc casing/pipes | 7 | 0.03 | 741% | 1019% | 0.20 | 0.28 |
| Office furniture and equipment | 8 | 0.08 | 2% | 10% | 0.00 | 0.01 |
| **Total Equipment and Other Assets** | | 1.97 | | | 0.31 | 0.58 |
| **Total assets** | | 283.61 | | | | |
| **Estimated Gross Proceeds from Liquidation of Assets** | | | | | $ 131.51 | $ 133.79 |

**Recovery Analysis**

|  | Chapter 7 | | Chapter 11 | | Notes |
|---|---|---|---|---|---|
|  | Low Case | High Case | Low Case | High Case |  |
| **Estimated Gross Proceeds from Liquidation of Assets** | **131.51** | **133.79** | **131.51** | **133.79** |  |
| **Liquidation Costs** |  |  |  |  |  |
| Wind Down Costs | 0.50 | 0.40 | 0.50 | 0.40 | 9 |
| Legal and Professional Fees | 2.50 | 2.00 | 0.50 | 0.25 | 10 |
| Chapter 7 Trustee Fees | 3.95 | 2.68 | - | - | 11 |
| Total Liquidation Costs | 6.95 | 5.08 | 1.00 | 0.65 |  |
| Estimated Proceeds After Wind Down and Trustee Expenses | 124.56 | 128.71 | 130.51 | 133.14 |  |
| **Priority and Administrative Claims** |  |  |  |  |  |
| Debtor-In-Possession Credit Facility | - | - | - | - | 12 |
| Other Priority Claims | 0.60 | 0.30 | 0.60 | 0.30 | 13 |
| Estimated Tax Claims | 0.10 | 0.10 | 0.10 | 0.10 | 14 |
| Administrative Claims | 1.78 | 1.38 | 1.78 | 1.38 | 15 |
| Total Priority and Admin | 2.48 | 1.78 | 2.48 | 1.78 |  |
| Estimated Proceeds After DIP, Priority and Admin Claims | 122.08 | 126.93 | 128.03 | 131.36 |  |

|  |  | Recovery | % | Recovery | % | Recovery | % | Recovery | % |
|---|---|---|---|---|---|---|---|---|---|
| Secured Claims - As of Petition Date |  |  |  |  |  |  |  |  |  |
| Other Secured Claims |  | 2.60 | 100.0% | 0.36 | 100.0% | 2.60 | 100.0% | 0.36 | 100.0% |
| Estimated Proceeds After Other Secured Claims |  | 119.48 |  | 126.58 |  | 125.43 |  | 131.00 |  |
| First Lien Note Claims | 132.14 | 119.48 | 90.4% | 126.58 | 95.8% | 122.47 | 92.7% | 126.61 | 95.8% |
| Second Lien Note Claims | 283.55 | - | 0.0% | - | 0.0% | 1.10 | 0.4% | 1.10 | 0.4% |
| Total Secured Claims | 415.69 | 119.48 |  | 126.58 |  | 123.57 |  | 127.71 |  |
| Estimated Proceeds after Administrative and Secured Claims |  | - |  | - |  | 1.86 |  | 3.29 |  |
| General Unsecured Claims |  |  |  |  |  |  |  |  |  |
| General Unsecured Claims |  | 34.51 |  | 6.53 |  | 34.51 |  | 6.53 |  |
| Mechanic's & Materialman's Liens (If Deemed Unsecured) |  | - |  | 2.35 |  | - |  | 2.35 |  |
| Total Unsecured Claims |  | 34.51 |  | 8.88 |  | 34.51 |  | 8.88 |  |
| Recovery to General Unsecured Claims |  | - | 0.0% | - | 0.0% | 1.86 | 5.4% | 3.29 | 37.0% |
| Residual Value Available for Distribution |  | - |  | - |  | - |  | - |  |

**Assets**

| | | |
|---|---|---|
| 1 | Cash and cash equivalents | Consists of cash & cash equivalents readily convertible into cash |
| 2 | Cash Collateral Held by Sureties | Cash collateral held by various sureties related to Debtors bonding program |
| 3 | Gulf Coast Properties | Oil and gas properties in Texas |
| 4 | Wyoming Properties | Oil and gas properties in Wyoming |
| 5 | Alaska Properties | Oil and gas properties in Alaska |
| 6 | Buffalo Rig | Core drill rig owned by the Debtors located in Alaska |
| 7 | Misc casing/pipes | Miscellaneous casing, pipes, joints owned by the Debtors primarily located in Wyoming |
| 8 | Office furniture and equipment | Furniture, computers, and other miscellaneous equipment owned by the Debtors |

**Wind Down Costs**

| | | |
|---|---|---|
| 9 | Wind Down Costs | Based on historical monthly costs that wind down over 6 months |
| 10 | Legal and Professional Fees | Fees associated with professionals related to the wind down of Debtors assets |
| 11 | Chapter 7 Trustee Fees | Trustee fees are calculated based on 2.0% - 3.0% of the proceeds from asset sales |

**Priority and Administrative Claims**

| | | |
|---|---|---|
| 12 | Debtor-In-Possession Credit Facility | Amounts due under the Debtor-In-Possession Credit Facility |
| 13 | Other Priority Claims | Includes employee claims |
| 14 | Estimated Tax Claims | Priority tax claims |
| 15 | Administrative Claims | Includes accrued but unpaid professional fees and 503(b) claims |